**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THI HANH VO,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | No. 5:26-cv-04698-HDV-DSR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

(A) Respondents shall immediately release Petitioner **THI HANH VO (A No. 043-067-671)** from custody subject to the conditions that were in place before his detention on July 20, 2026, and return any personal property and documents seized at the time of his detention;

(B) Respondents shall also provide Petitioner with a copy of this Order at or near the time of release;

(C) within three days of the date of this Order, Respondents shall file a Status Report confirming Petitioner's release and return of his personal property and documents; and

(D) Respondents are enjoined from re-detaining Petitioner without seven (7) days' notice and the opportunity to be heard at a pre-deprivation hearing before a neutral arbiter where the government bears the burden of establishing changed circumstances justifying Petitioner's re-detention.

**IT IS SO ORDERED.**

DATED: September 4, 2026

________________________________________
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE