JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THI HANH VO,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

No. 5:26-cv-04698-HDV-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: September 4, 2026

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE